CHICAGO HORSESHOE COMPANY v. LEWIS, RECEIVER.

[No. 18,765.   Filed February 22, 1901.]

APPEAL AND ERROR.—Moot Question.—Dismissal.—Where it is shown on appeal that the record contains nothing but a moot question, the appeal will be dismissed.

From the Lake Circuit Court.   Appeal dismissed.

L. D. Thoman and W. S. Oppenheim, for appellant.

W. Olds and C. F. Griffin, for appellee.

BAKER, J.—This is an appeal from an interlocutory order appointing a receiver of appellant corporation.

Appellant has filed an affidavit of its president that within a month after this appeal was taken appellant surrendered to the receiver the possession of certain premises and machinery, to secure the possession of which the appointment of the receiver was sought.  On this, appellant's counsel in their brief say: "Courts are engaged in deciding live matters and not moot questions.  Where the time has passed wherein a receivership or an injunction would be of avail, the court will not award it."  Counsel conclude from this that the order appealed from should be reversed.  If counsel had shown to the trial court, at the hearing of the application for the appointment of the receiver, that only a moot question was involved, the court would undoubtedly have dismissed the application.  But the application was contested.  On appeal, the question is whether the trial court committed error in its ruling.  That question must be tried by the record.  But if it is shown to the appellate tribunal that the record contains nothing but a moot question, the appeal will be dismissed.  State v. Board, etc., 153 Ind. 302, and cases there cited.  On appellant's showing, the appeal is dismissed.